**FILED**

01/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0526

IN THE SUPREME COURT OF THE
STATE OF MONTANA

Case No. OP 20-0526

RANDALL CHILDRESS and
CLAUDIA CHILDRESS**,**

    Plaintiffs / Appellees,
    and Cross-Appellants,

    -vs-

COSTCO WHOLESALE
CORPORATION,

    Defendant / Appellant,
    Cross-Appellee.

---

*ORDER GRANTING CHILDRESSES' UNOPPOSED*
*FIRST MOTION FOR 30-DAY EXTENSION*
*OF TIME TO FILE PRINCIPAL BRIEF*

---

Accepted Order Certifying Question to the Supreme Court of Montana
from the United State Court of Appeals from the Ninth Circuit
Nos. 19-35441 and 19-35493
D. C. No. 9:18-cv-00183-DWM

---

| | |
|---|---|
| Quentin M. Rhoades<br>RHOADES, SIEFERT &<br>ERICKSON PLLC<br>430 Ryman Street<br>Missoula, Montana 59802<br>Telephone: 406-721-9700<br>qmr@montanalawyer.com<br><br>*For Plaintiffs/Appellees/Cross-Appellants* | WILLIAMS LAW FIRM, P.C.<br>Susan Moriarity Miltko, Esq.<br>Tyler C. Smith, Esq.<br>235 E. Pine, P.O. Box 9440<br>Missoula, Montana 59807-9440<br>(406) 721-4350<br>susan@wmslaw.com<br>tyler@wmslaw.com<br><br>*For Defendant/Appellant/Cross-Appellee* |

Upon motion of Plaintiffs/Appellees/Cross-Appellants, Randall Childress

and Claudia Childress (Childresses), and for good cause shown,

IT IS HEREBY ORDERED that the Childresses' motion is GRANTED. The

Childresses shall have up to March 5, 2021, in which to file their principal brief.

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 29 2021